**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David T. CONNER, Defendant–Appellant.**

**No. 13–13495**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 3, 2014.

R. Brian Tanner, Brian T. Rafferty, Edward J. Tarver, James D. Durham, U.S. Attorney's Office, Savannah, GA, Lamont A. Belk, Nancy Greenwood, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Andrew Magruder, Wilkinson & Magruder, LLP, Augusta, GA, for Defendant–Appellant.

Before WILSON, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Andrew Magruder, appointed counsel for David T. Conner in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Conner's conviction and sentence is **AFFIRMED.**